# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBRA L. LARSEN

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5557RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred as described in the report; and

the matter is therefore REMANDED to the administration for further consideration as directed in the report.

June 2, 2008
Date

BRUCE RIFKIN
Clerk

s/CM Gonzalez
Deputy Clerk