United States District Judge J KELLEY ARNOLD



07-CV-05557-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA L. LARSEN, | ) |
| | ) CIVIL NO. C07-5557JKA |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $2197.26 and expenses of $29.90 pursuant to 28 U.S.C. §2412 and costs of $3.75 as set out at 28 U.S.C. §1920. The check for EAJA fees, costs and expenses should be made payable to Ms. Larsen's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5557JKA] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 | DATED this 24th day of June, 2008

~~J. KELLEY ARNOLD~~
United States District Judge

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5557JKA] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055